AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

JUAN RODRIGUEZ

        Plaintiff(s)

V.

COMMISSIONER OF SOCIAL SECURITY al

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case #   Cv. 10- 3526 (DRD)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒    GRANTED, and

   ☒ The clerk is directed to file the complaint, and

   ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

ENTERED: July 16, 2010

_____
Signature of Judicial Officer

_____
Dickinson R. Debevoise, U..S.D.J.
Name and title of Judicial Officer